# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00087-MR

| | |
|---|---|
| IRENE C. STOWE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 5, 2015, the Court denied the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs and directed her to pay the $400.00 filing fee within thirty (30) days. [Doc. 3]. The Plaintiff was specifically warned that "[f]ailure to pay the required filing fee will result in the dismissal of this action." [Doc. 3 at 2]. More than thirty (30) days have passed, and the Plaintiff has not paid the filing fee as required. Accordingly, the Court will dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** due to the Plaintiff's failure to pay the required filing fee.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge